29 So.2d 683

### GETTINGS v. STATE.
#### 6 Div. 557.

Supreme Court of Alabama.
March 27, 1947.

Ben F. Ray, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

LAWSON, Justice.

The only insistence made by petitioner is that the Court of Appeals erred in holding that the trial court correctly refused defendant's requested Charge No. 8.

In our opinion said charge was properly refused upon the ground, aside from any other deficiency, that it omits any reference to a consideration of the other evidence in the case. Pate v. State, 150 Ala. 10, 43 So. 343.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.